1 **JOHN C. LEMON**
California Bar No. 175847
2 **LAW OFFICES OF JOHN C. LEMON, APC**
1350 Columbia Street, Suite 600
3 San Diego, California 92101
Telephone: (619) 794-0423
4 email: jlemon@san.rr.com

5 Attorney for **Mr. Ramirez-Perez**

7 UNITED STATES DISTRICT COURT

8 SOUTHERN DISTRICT OF CALIFORNIA

9 **(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 08cr0626-JLS |
| Plaintiff, | Date: April 11, 2008<br>Time: 1:30 p.m. |
| v. | **NOTICE OF MOTION AND MOTION TO:** |
| **TOMAS RAMIREZ-PEREZ,** | **1) COMPEL DISCOVERY.** |
| Defendant. | |

17 TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
      CHRISTOPHER P. TENORIO, ASSISTANT UNITED STATES ATTORNEY.

19 **PLEASE TAKE NOTICE** that on April 11, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard, the defendant, Tomas Ramirez-Perez, by and through his attorney, John C. Lemon, will ask this Court to enter an order granting the motion listed below.

22 //
23 //
24 //
25 //
26 //

**MOTION**

Tomas Ramirez-Perez, the accused in this case, by and through his attorney, John C. Lemon, pursuant to the Fourth, Fifth and Sixth Amendments to the United States Constitution, Federal Rules of Criminal Procedure and all other applicable statutes, case law and local rules, hereby moves this court to grant the following motion to:

**1)    Compel the production of discovery.**

This motion is based upon the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on this motion.

Respectfully submitted,

Dated: March 28, 2008                             **/s/ John C. Lemon**
                                                 JOHN C. LEMON
                                                 Attorney for Mr. Ramirez-Perez