## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that he has electronically filed the attached documents. Additionally, a courtesy copy will be provided to:

Chambers

Mr. Ramirez-Perez

Dated: March 28, 2008             **/s/ John C. Lemon**
JOHN C. LEMON
Law Offices of John C. Lemon, APC
1350 Columbia Street, Suite 600
San Diego, CA 92101
619-794-0423
jlemon@san.rr.com (email)