KAREN P. HEWITT
United States Attorney
CHRISTOPHER P. TENORIO
Assistant U.S. Attorney
California State Bar No. 166022
880 Front Street, Suite 6293
San Diego, California  92101-8893
Telephone: (619) 557-7843
Christopher.Tenorio@usdoj.gov
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.  08CR0626-JLS |
| Plaintiff, | ) ) ) | DATE:     May 23, 2008<br>TIME:     1:30 p.m. |
| v. | ) ) | JOINT MOTION TO CONTINUE MOTION |
| TOMAS RAMIREZ-PEREZ, | ) ) | HEARING |
| Defendant. | ) ) | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Christopher P. Tenorio, Assistant United States Attorney, and defendant, Tomas Ramirez-Perez, through his counsel, John C. Lemon hereby jointly move this court to continue the motion hearing currently scheduled for Friday, May 23, 2008 at 1:30 p.m., to Friday, June 13, 2008 at 1:30 p.m.  Defense counsel will be out of the district on the currently scheduled date, and the parties have reached a tentative resolution. The parties stipulate that the time between May 23, 2008, and June 13, 2008 is excluded.

Dated:    May 20, 2008        s/ John C. Lemon
                              JOHN C. LEMON
                              Attorney for Defendant


                              KAREN P. HEWITT
                              United States Attorney

                              s/ Christopher P. Tenorio
                              CHRISTOPHER P. TENORIO
                              Assistant U.S. Attorney

1

2

3                        UNITED STATES DISTRICT COURT

4                      SOUTHERN DISTRICT OF CALIFORNIA

5  UNITED STATES OF AMERICA,        )  Criminal Case No.  08CR0626-JLS
                                    )
6                 Plaintiff,        )  **CERTIFICATE OF SERVICE**
                                    )
7       v.                          )
                                    )
8  TOMAS RAMIREZ-PEREZ,             )
                                    )
9                 Defendant.        )
   ─────────────────────────────────)

10

11  IT IS HEREBY CERTIFIED that:

12      I, CHRISTOPHER P. TENORIO, am a citizen of the United States and

13  am at least eighteen years of age.  My business address is 880 Front

14  Street, Room 6293, San Diego, California 92101-8893.

15      I am not a party to the above-entitled action.  I have caused

16  service of **JOINT MOTION TO CONTINUE MOTION HEARING** on the following

17  party by electronically filing the foregoing with the Clerk of the

18  District Court using its ECF System, which electronically notifies

19  them:

20      **John C. Lemon, Esq.**

21      I declare under penalty of perjury that the foregoing is true and

22  correct.

23  Executed on May 20, 2008

24                                          Respectfully submitted,

25                                          KAREN P. HEWITT
                                            United States Attorney
26
                                            s/ Christopher P. Tenorio
27                                          CHRISTOPHER P. TENORIO
                                            Assistant U.S. Attorney
28

                                                              08CR0626-JLS