UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0626-JLS |
| ) | |
| Plaintiff, ) | ORDER TO CONTINUE MOTION HEARING |
| ) | |
| v. ) | |
| ) | |
| TOMAS RAMIREZ-PEREZ, ) | |
| ) | |
| Defendant. ) | |

Upon joint motion of the UNITED STATES OF AMERICA and DEFENDANT, and good cause appearing,

IT IS HEREBY ORDERED that the motion hearing in the above-referenced case be continued from Friday, May 23, 2008 at 1:30 p.m., to Friday, June 13, 2008 at 1:30 p.m. The court finds that the time between May 23, 2008, and June 13, 2008 is excluded.

DATED: May 20, 2008

Honorable Janis L. Sammartino
United States District Judge