```
 1  KAREN P. HEWITT
    United States Attorney
 2  CHRISTOPHER P. TENORIO
    Assistant U.S. Attorney
 3  California State Bar No. 166022
    880 Front Street, Suite 6293
 4  San Diego, California  92101-8893
    Telephone: (619) 557-7843
 5  Christopher.Tenorio@usdoj.gov
    Attorneys for Plaintiff
 6  United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No.  08CR0626-JLS |
|---|---|---|
| Plaintiff, | ) | DATE:  June 13, 2008 |
|  | ) | TIME:  1:30 p.m. |
| v. | ) |  |
|  | ) | JOINT MOTION TO CONTINUE |
| TOMAS RAMIREZ-PEREZ, | ) | SENTENCING HEARING |
|  | ) |  |
| Defendant. | ) |  |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Christopher P. Tenorio, Assistant United States Attorney, and Defendant, Tomas Ramirez-Perez, through his counsel, John C. Lemon, hereby move this court to continue the motion hearing currently scheduled from June 13, 2008 at 1:30 p.m. to July 25, 2008 at 1:30 p.m. for disposition. Defendant's counsel will be unavailable until that date due to scheduling conflicts. The parties stipulate that the time until July 25, 2008 is excluded.

Dated:   June 10, 2008        *s/ John C. Lemon*
                              JOHN C. LEMON
                              Attorney for Defendant

                              KAREN P. HEWITT
                              United States Attorney

                              *s/Christopher P. Tenorio*
                              CHRISTOPHER P. TENORIO
                              Assistant U.S. Attorney

```
                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.  08CR0626-JLS |
| | ) | |
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| v. | ) | |
| | ) | |
| TOMAS RAMIREZ-PEREZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED that:

I, CHRISTOPHER P. TENORIO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **JOINT MOTION TO CONTINUE SENTENCING HEARING** on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**John C. Lemon, Esq.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 10, 2008

                                              Respectfully submitted,

                                              KAREN P. HEWITT
                                              United States Attorney

                                              *s/Christopher P. Tenorio*
                                              CHRISTOPHER P. TENORIO
                                              Assistant U.S. Attorney

                                                                          08CR0626-JLS