UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0626-JLS |
| ) | |
| Plaintiff, ) | ORDER CONTINUING MOTION HEARING/ |
| ) | TRIAL SETTING |
| v. ) | |
| ) | |
| TOMAS RAMIREZ-PEREZ, ) | |
| ) | |
| Defendant. ) | |

Upon joint motion of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the motion hearing/trial setting currently scheduled for Friday, June 13, 2008 at 1:30 p.m., be continued to Friday, July 25, 2008 at 1:30 p.m.

IT IS FURTHER ORDERED that time is excluded under the Speedy Trial Act between June 13, 2008 at 1:30 p.m. and July 25, 2008 at 1:30 p.m., in the interest of justice.

DATED: June 10, 2008

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge